IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-01048-BNB

CAROLE E. JENKINS, also known as
CAROLE JENKINS BOLLINGER, also known as
CAROLE JENKINS, and [on behalf of]
STEVEN N. BOLLINGER, Deceased,

    Plaintiff,

v.

JUDGE STEPHEN PATRICK, 7th Judicial District,
MONTROSE COUNTY COLORADO STATE COURT GUARDIANSHIP,
UNKNOWN [ILLEGIBLE] MANAGER,
SHIRLS KAISER, Guardian,
CHERYL ISREAL, Temporary Guardian,
GREG MOXLEY, Montrose County Attorney,
SHEA KOPP, Court-Appointed Attorney,
JACK MCKENNA, CPA Conservator,
UNKNOWN COURT VISITOR, and
UNKNOWN MAGISTRATE JUDGE,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Carole E. Jenkins, also known as Carole Jenkins Bollinger and as Carole Jenkins, submitted to and filed with the Court a complaint on her behalf and on behalf of her deceased husband, Steven N. Bollinger. Pursuant to Rule 17 of the Federal Rules of Civil Procedure, Ms. Jenkins, as personal representative for her deceased husband, may proceed in her own name.

The Court reviewed the complaint Ms. Jenkins filed and determined it was deficient. Therefore, in an order filed on May 20, 2008, Magistrate Judge Boyd N.

Boland directed the clerk of the Court to commence a civil action and directed Ms. Jenkins to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The May 20, 2008, order pointed out that Ms. Jenkins failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The May 20 order also pointed out that the names in the caption to the complaint did not match the names in the text of the complaint and that Ms. Jenkins failed to provide an address for each named Defendant. The order warned Ms. Jenkins that if she failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

On June 18, 2008, Ms. Jenkins submitted to and filed with the Court via facsimile a motion and affidavit pursuant to 28 U.S.C. § 1915 and two copies of an amended complaint. The amended complaints were illegible in places and violated D.C.COLO.LCivR 5.1 because they were longer than ten pages. On June 20, 2008, Ms. Jenkins submitted to and filed conventionally with the Court a second amended complaint with numerous attachments. Although the second amended complaint submitted on June 20 was legible, it failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

Therefore, on July 8, 2008, Magistrate Judge Craig B. Shaffer ordered Ms. Jenkins to file within thirty days a third amended complaint that complied with the pleading requirements of Fed. R. Civ. P. 8. The order warned Ms. Jenkins that if she failed within the time allowed to file a third amended complaint that complied with the

2

July 8 order to the Court's satisfaction, second amended complaint and the action would be dismissed without further notice.

Ms. Jenkins has failed within the time allowed to comply with the July 8, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the second amended complaint and the action are dismissed without prejudice for failure to prosecute and for failure to comply with the July 8, 2008, order for a third amended complaint that complies with Fed. R. Civ. P. 8.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01048-BNB

Carole E. Jenkins
PO Box 1522
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk